| UNITED STATES DISTRICT COURT | § | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| BLANCA PINA | § § § | United States District Court<br>Southern District of Texas<br>FILED<br>SEP 0 1 1998<br>Michael N. Milby, Clerk of Court |
| versus | § § | CIVIL ACTION 96-93 |
| UNITED STATES POSTAL SERVICE | § § | United States District Court<br>Southern District of Texas<br>ENTERED<br>SEP 0 3 1998<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

## Order of Dismissal for Want of Prosecution

Because the summons has not been served within 120 days of the filing of the complaint, this action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

Signed *September 1*, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge