4

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Pina

versus

U.S. Postal Service

§
§
§
§
§
§
§
§

CIVIL ACTION B-96-93

United States District Court
Southern District of Texas
ENTERED

NOV 1 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _Nov. 10_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge