5

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

BLANCA PINA §
§
§
versus §   CIVIL ACTION B-96-93
§
§
UNITED STATES POSTAL SERVICE, §
　　　et al. §

# Order

1. Plaintiff's motion to reconsider (Dkt. No. 3) is GRANTED. The cause of action is reinstated.

2. Defendants shall be served within twenty (20) days.

3. Proof of service shall be filed with the clerk of the court within twenty (20) days.

Signed ___November 19___, 1998, at Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　　　　　　United States District Judge