UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
JAN 2 5 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PINA, <br>      Plaintiff, <br><br> versus <br><br> UNITED STATES POSTAL, ET AL., <br>      Defendants. | § § § § § § § § | CIVIL ACTION B-96-89 |
| BLANCA PINA <br>      Plaintiff, <br><br> versus <br><br> UNITED STATES POSTAL, ET AL., <br>      Defendants. | § § § § § § § § | CIVIL ACTION B-96-93 |

## Order of Consolidation

These cases are consolidated into the senior civil action. The case subsumed in the senior case by consolidation ceases to have an independent identity. The unified case will proceed as Civil Action B-96-89, BLANCA PINA vs. UNITED STATES POSTAL SERVICES, ET AL. Use only this cause number and style. All scheduling orders issued in Civil Action B-96-89 are hereby rescinded and a new scheduling order will be issued once all parties have been served and given an opportunity to respond to the allegations herein.

Plaintiff BLANCA PINA shall file a consolidated complaint by February 12, 1999, twenty days from this order, and the defendants shall thereafter answer.

Signed on _____, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge